(No. 2582.    Dec. 3, 1921.)

## STATE BANK OF COMMERCE V. SPEIDEL.

### SYLLABUS BY THE COURT.

Appeal from District Court, Union County; Lieb, Judge. Action by the State Bank of Commerce against Jacob Speidel. Judgment in favor of the plaintiff, and the defendant appeals. Affirmed. Thos. F. Savage, of Clayton, for appellant. Hugh B. Woodward, of Clayton, for appellee.

### OPINION OF THE COURT.

DAVIS, J.    The material facts in this case are identical with those in Morrison v. Crisp, 27 N. M. 380, 202 Pac. 123, decided at the present term. The same defense of lack of consideration was pleaded to the note sued upon, and the same law applies. That decision governs this case. The judgment is therefore affirmed; and it is so ordered.

RAYNOLDS, C. J., and PARKER, J., concur.